**No. 08-10586. Timothy Thorne, Petitioner v. Steve Larkins, Warden.**

560 U.S. 950, 130 S. Ct. 3382, 176 L. Ed. 2d 1266, 2010 U.S. LEXIS 4518.

June 1, 2010. Motion for leave to file a petition for rehearing denied.

Former decision, 558 U.S. 844, 130 S. Ct. 108, 175 L. Ed. 2d 72, 2009 U.S. LEXIS 5231.

**No. 09-8283. Uuno Mattias Baum, Petitioner v. Collie Rushton, Warden.**

560 U.S. 950, 130 S. Ct. 3382, 176 L. Ed. 2d 1266, 2010 U.S. LEXIS 4496.

June 1, 2010. Motion for leave to file a petition for rehearing denied.

Former decision, 559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2043.